**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO.  3:10-MC-0157-RLV-DCK**

| | | |
|---|---|---|
| **SARAH STEVENS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| *Internal Revenue Service***,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

  **THIS MATTER IS BEFORE THE COURT** *sua sponte*.  Immediate review of the status of this case is appropriate.

  *Pro Se* Petitioner filed a "Petition To Quash 3rd Party Summons" on November 22, 2010 (Document No. 1).  On January 24, 2011, Respondent filed its "United States' Opposition To Petition To Quash Third-Party Summons Issued To Wachovia Bank" (Document No. 4).  To date, Petitioner has failed to file a reply brief.

  **IT IS, THEREFORE, ORDERED** that *pro se* Plaintiff shall have up to and including **March 4, 2011** to file a reply to Respondent's "... Opposition to Petition to Quash Third-Party Summons Issued to Wachovia Bank" (Document No. 4).  Plaintiff's failure to reply will likely lead to the relief she seeks being denied.

  The Clerk of Court is directed to send this Order to Plaintiff by certified U.S. mail.

Signed: February 22, 2011

David C. Keesler
United States Magistrate Judge